AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Georgia__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:13-cv-1741-SCJ | DATE FILED<br>5/24/2013 | U.S. DISTRICT COURT<br>Northern District of Georgia | |
|---|---|---|---|
| PLAINTIFF<br>LIFE UNIVERSITY, INC. | | DEFENDANT<br>BRAIN SYNERGY INSTITUTE, LLC, KBCR, LLC and CARRICK BRAIN CENTERS | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,800,062 B2 | 10/5/2004 | Epley Research, L.L.C. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

US006800062B2

## (12) United States Patent
### Epley

(10) Patent No.: **US 6,800,062 B2**
(45) Date of Patent: **Oct. 5, 2004**

(54) **COMPREHENSIVE VERTIGO MANAGEMENT**

(75) Inventor: **John M. Epley**, Portland, OR (US)

(73) Assignee: **Epley Research, L.L.C.**, Portland, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 96 days.

(21) Appl. No.: **10/188,564**

(22) Filed: **Jul. 3, 2002**

(65) **Prior Publication Data**

US 2004/0006287 A1 Jan. 8, 2004

(51) Int. Cl.[7] ................................. **A61B 13/00**
(52) U.S. Cl. ...................................... **600/558**
(58) Field of Search ..................... 600/595, 552, 600/546; 359/480, 831; 340/407.1; 73/432.1, 865.6; 2/428; 434/46, 30, 55, 59

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,258,008 A | 6/1966 | Vulliet-Durand | |
| 3,583,794 A | 6/1971 | Newman | |
| 3,716,046 A | 2/1973 | Janeke | |
| 4,102,564 A | 7/1978 | Michael | |
| 4,320,768 A | 3/1982 | Ledley et al. | |
| 4,474,186 A | 10/1984 | Ledley et al. | |
| 4,698,564 A | 10/1987 | Slavin | |
| 4,710,128 A * | 12/1987 | Wachsmuth et al. | 434/46 |
| 4,738,269 A | 4/1988 | Nashner | |
| 4,818,097 A | 4/1989 | Linde | |
| 4,830,024 A | 5/1989 | Nashner et al. | |
| 4,988,183 A | 1/1991 | Kasahara et al. | |
| 5,042,910 A * | 8/1991 | Dolezal | 359/480 |
| 5,285,685 A * | 2/1994 | Chelette | 73/432.1 |
| 5,303,715 A | 4/1994 | Nashner et al. | |
| 5,517,021 A | 5/1996 | Kaufman et al. | |
| 5,942,954 A | 8/1999 | Galiana et al. | |
| 2002/0151818 A1 * | 10/2002 | Watt et al. | 600/552 |

* cited by examiner

*Primary Examiner*—Eric F. Winakur
*Assistant Examiner*—Brian Szmal
(74) *Attorney, Agent, or Firm*—Jon M. Dickinson, P.C.; Robert D. Varitz, P.C.

(57) **ABSTRACT**

A comprehensive vertigo management system and methodology is provided which employs a spatial maneuvering device, preferably under computer control, to orient a subject selectively differently in space, thus to create vestibular activity which is directly related to spatial motion (including acceleration) and/or orientation. Data is collected relating to such orientation and activity, along with certain subject-introduced reaction data in certain instances and video-camera data, and fed to a computer which cooperates in presenting an intuitive visual and pictorial correlation that enables physician diagnosis, treatment and rehabilitation regarding elements of dysfunction of the subject's vestibular system.

**18 Claims, 3 Drawing Sheets**

