William M. Ragland, Jr.
WOMBLE CARLYLE SANDRIDGE & RICE LLP
Atlantic Station
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
WRagland@wcsr.com
Tel: 404-888-7466
Fax: 404-870-2401

Timothy P. Getzoff  (pro hac vice)
Mher Hartoonian (pro hac vice)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
tgetzoff@hollandhart.com
mhartoonian@hollandhart.com
Tel: 303-295-8000
Fax: 303-295-8261

Attorneys for Defendants
Brain Synergy Institute, LLC, KBCR, LLC and
Carrick Brain Centers

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LIFE UNIVERSITY, INC. | ) |
|         Plaintiff, | )  Case No. 1:13-cv-0174-SCJ |
| v. | )  DECLARATION OF |
| | )  KENNETH C. BEAM IN |
| BRAIN SYNERGY INSTITUTE, LLC, | )  SUPPORT OF DEFENDANTS' |
| KBCR, LLC and CARRICK BRAIN | )  REPLY IN SUPPORT OF |
| CENTERS, | )  THEIR MOTION TO DISMISS |
| | )  FOR LACK OF PERSONAL |
|         Defendants. | )  JURISDICTION |

I, Kenneth C. Beam, declare as follows:

1.      I am President of Brain Synergy Institute, LLC, d/b/a Carrick Brain Centers ("BSI"), the Defendant in this case.

2.      I submit this Declaration in support of Defendants' Reply in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction.

3.      BSI operates an Internet website at www.carrickbraincenters.com, which describes our services. The website is edited from time to time.

4.      On May 25, 2013, after Life U filed its Complaint in this matter, the marketing company that we hired to manage our website changed the website in several respects, which included adding the address for the future location of BSI's wholly-owned subsidiary, Carrick Brain Centers of Atlanta, LLC ("CBC Atlanta"), in Marietta, Georgia. This was the first time the Marietta location was mentioned on the website.

5.      The reference to our subsidiary's Marietta location was subsequently removed from the website because we felt it suggested that the Marietta location was open and operational, which was not the case.

6.      On July 29, 2013, the Marietta location opened and began providing services to patients. At that time, the reference to the Marietta location was added back to the website.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: 22nd day of August, 2013.


Kenneth C. Beam


2