UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIFE UNIVERSITY, INC., | |
| Plaintiff, | CIVIL ACTION<br>No. 1:13-cv-1741-SCJ |
| v. | |
| BRAIN SYNERGY INSTITUTE, LLC; KBCR, LLC; and CARRICK BRIAN CENTERS, | |
| Defendants. | |

### O R D E R

This matter is before the Court on Plaintiff's emergency motion for jurisdictional discovery [Doc. No. 9]. Having considered the arguments presented by the parties in their briefs and having had the benefit of oral argument during the August 7, 2013, teleconference, the Court **GRANTS** Plaintiff's request for jurisdictional discovery. However, instead of the four weeks of discovery requested, Plaintiff is authorized to conduct discovery limited to a two-week period, commencing on August 26, 2013, and to no more than three depositions. The subject matter of the discovery shall be limited to the issue of the Court's personal jurisdiction over Defendants. Within two weeks of the close of this limited discovery period, Plaintiff may file an amended response, to supercede the currently filed response brief, in opposition to the motion to dismiss to incorporate into its

arguments any pertinent evidence discovered. Defendants shall have two weeks to file an amended reply, to superceded the currently filed reply brief.[1]

For the above stated reasons, Plaintiff's motion for jurisdictional discovery [Doc. No. 9] is **GRANTED**.

Additionally, with regard to the motion to intervene [Doc. No. 7], the Court declines to consider the motion on an expedited basis. The Court shall address the matter in due course and in conjunction with its consideration of the motion to dismiss.

**IT IS SO ORDERED**, this 23rd day of August, 2013.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of clarity and judicial efficiency, the Court discourages the parties from merely supplementing their briefs with new evidence and arguments addressing it.