UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIFE UNIVERSITY, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>BRAIN SYNERGY INSTITUTE, LLC, et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-1741-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia, this 7th day of February, 2014.

                              JAMES N. HATTEN
                              CLERK OF COURT


            By:  *s/Denise D.M. McGoldrick*
                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 10, 2014
James N. Hatten
Clerk of Court

By: *s/Denise D.M. McGoldrick*
      Deputy Clerk