IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIFE UNIVERSITY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 13 CV 01741-SCJ |
| BRAIN SYNERGY INSTITUTE, LLC, | ) |
| KBCR, LLC and CARRICK BRAIN | ) |
| CENTERS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Life University, Inc., in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on February 10, 2014, and the Order granting Defendants' Motion to Dismiss entered in this action on February 10, 2014.

Respectfully submitted, this 7th day of March, 2014.

/s/ Anthony B. Askew
Anthony B. Askew

        Georgia State Bar No. 025300
        David S. Moreland
        Georgia State Bar No. 521998
        Jessica A. Keesee
        Georgia State Bar No. 940481
        Walter Hill Levie, III
        Georgia State Bar No. 415569
        817 W. Peachtree Street NW Suite 500
        Atlanta, GA 30308
        Telephone: (404) 645-7700
        Facsimile:  (404) 645-7707


        Frank B. Strickland
        Georgia State Bar No. 687600
        Bryan P. Tyson
        Georgia State Bar No. 515411
        Strickland Brockington Lewis LLP
        Midtown Proscenium Suite 2200
        1170 Peachtree Street NE
        Atlanta, GA 30309
        Telephone: (678) 347-2200
        Facsimile:  (678) 347-2210


        **Co-Counsel for Life University**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIFE UNIVERSITY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 13 CV 01741-SCJ |
| BRAIN SYNERGY INSTITUTE, LLC, | ) |
| KBCR, LLC and CARRICK BRAIN | ) |
| CENTERS, | ) |
| | ) |
| Defendants. | ) |

## **LOCAL RULE 7.1D CERTIFICATION**

The undersigned hereby certifies that the foregoing was prepared in Times New Roman 14 point, which is one of the font and point selections approved by the Court under Local Rule 5.1B.

Dated this 7th day of March, 2014.

/s/ Anthony B. Askew
Anthony B. Askew
Georgia State Bar No. 025300

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LIFE UNIVERSITY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 13 CV 01741-SCJ |
| BRAIN SYNERGY INSTITUTE, LLC, | ) |
| KBCR, LLC and CARRICK BRAIN | ) |
| CENTERS, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record.

Dated: March 7, 2014        /s/ Anthony B. Askew
                                                       Anthony B. Askew
                                                       Georgia State Bar No. 025300
                                                       MEUNIER CARLIN & CURFMAN, LLC
                                                       817 W. Peachtree Street, N.W., Suite 500
                                                       Atlanta, Georgia 30308
                                                       Phone: (404) 645-7700
                                                       Fax: (404) 645-7707
                                                       E-mail: dmoreland@mcciplaw.com