# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 SPRING STREET, SW
### ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN**<br>**DISTRICT COURT EXECUTIVE**<br>AND **CLERK OF COURT** | DOCKETING SECTION<br>404-215-1655 |

March 10, 2014

Jan Horbaly
Circuit Executive & Clerk of Court
 for the Federal Circuit
717 Madison Palce, N.W.
Washington, D.C.  20439

      **U.S.D.C. No.:** 1:13-cv-1741-SCJ
      **U.S.C.A. No.:** 00-00000-00
      **In re:**     Life University, Inc., *v.* Brain Synergy Institute, LLC, et al.

      Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, docket sheet, Judgment and Order appealed enclosed.** |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| **X** | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| **X** | **Fee paid on 3/7/14; Receipt Number 113E-5063454.** |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Steve C. Jones.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                                            Sincerely,

                                            James N. Hatten
                                            District Court Executive
                                            and Clerk of Court

                                By:   /s/ Kimberly Carter
                                            Deputy Clerk

Enclosures