**FORM 22.  Transcript Purchase Order**

# United States Court of Appeals for the Federal Circuit

LIFE UNIVERSITY, INC.

) Appeal from    ☑ U.S. District Court for   NDGA
                ❏ Court of International Trade
                ❏ Court of Federal Claims

—VERSUS—

BRAIN SYNERGY INSTITUTE, LLC

) TRIAL COURT NO.  1:13-cv-01741-SCJ
) CIRCUIT COURT NO.  14-1353

### TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I -  TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
      ( ✓ ) A transcript is not needed for the appeal
      (   ) A transcript is already on file
      (   ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
      (   ) Private Funds
      (   ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED  /s/ Anthony B. Askew    DATE  3-28-2014  COUNSEL FOR  Life University, Inc.
ADDRESS  817 W. Peachtree Street, NW, Suite 500, Atlanta, GA 30308
TELEPHONE  404-645-7700

PART II -  TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____
Signature and Date
Telephone  _____

PART III -  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed.  _____ volumes of transcript have been filed with the Trial Court today.

_____    _____
Date                                                                Signature

146

[ Reset Fields ]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LIFE UNIVERSITY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 13 CV 01741-SCJ |
| BRAIN SYNERGY INSTITUTE, LLC, | ) |
| KBCR, LLC and CARRICK BRAIN | ) |
| CENTERS, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2014, I electronically filed the foregoing TRANSCRIPT PURCHASE ORDER with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record.

Dated: March 28, 2014         /s/ Anthony B. Askew
                                                              Georgia State Bar No. 025300
                                                              MEUNIER CARLIN & CURFMAN, LLC
                                                              817 W. Peachtree Street, N.W., Suite 500
                                                              Atlanta, Georgia 30308
                                                              Phone: (404) 645-7700
                                                              Fax: (404) 645-7707
                                                              E-mail: taskew@mcciplaw.com