Filed
RECEIVED — CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 20 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIFE UNIVERSITY, INC.,**
*Plaintiff-Appellant,*

AND

**ULTRATHERA TECHNOLOGIES, INC.**
AND **KEVIN MAHER,**
*Plaintiffs,*

v.

**BRAIN SYNERGY INSTITUTE, LLC** AND **CARRICK BRAIN CENTERS,**
*Defendants-Appellees,*

AND

**KBCR, LLC,**
*Defendant.*

---

2014-1353

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:13-cv-01741-SCJ, Judge Steve C. Jones.

2   LIFE UNIVERSITY, INC. v. BRAIN SYNERGY INSTITUTE, LLC

## ON MOTION

## ORDER

Upon consideration of appellant's unopposed motion to withdraw the appeal,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

ISSUED AS A MANDATE: June 17, 2014