## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1353

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**LIFE UNIVERSITY, INC.,**
*Plaintiff - Appellant*

JUN 20 2014

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

**ULTRATHERA TECHNOLOGIES, INC., KEVIN MAHER,**
*Plaintiffs*

v.

**BRAIN SYNERGY INSTITUTE, LLC,**
*Defendant - Appellee*

**KBCR, LLC,**
*Defendant*

**CARRICK BRAIN CENTERS,**
*Defendant - Appellee*

Appeal from the United States District Court for the Northern District of Georgia in case no. 1:13-cv-01741-SCJ United States District Judge Steve C. Jones

### MANDATE

In accordance with the judgment of this Court, entered June 17, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court